UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH ROBERT KENNEDY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 1:13-cv-01940-SEB-DKL ) |
| STERICYCLE INC., | ) ) |
| Defendant. | ) ) |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: _____9/3/2014_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOSEPH ROBERT KENNEDY
6724 Colville Place
Indianapolis, IN 46236

Cara J. Ottenweller
VEDDER PRICE P.C.
cottenweller@vedderprice.com

Steven Louis Hamann
VEDDER PRICE P.C.
shamann@vedderprice.com